Commonwealth *v.* Karchella, Appellant.

Submitted September 24, 1973. Before JONES, C. J., EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

*Frank A. Conte*, for appellant.

*Fred J. Sentner*, Assistant District Attorney, and *Jess D. Costa*, District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, March 25, 1974:
Order affirmed.